UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GLENN KANVICK,<br><br>   Plaintiff,<br><br>vs.<br><br>BILLINGS PUBLIC SCHOOLS,<br>   DISTRICT #2 ALL PAST AND<br>   FUTURE TRUSTEES, et al.,<br><br>   Defendant. | Case No. CV-22-26 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered as stated in the Court's Order E.C.F. 18,  filed on May 8, 2023.

Dated this 8th day of May, 2023.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes , Deputy Clerk